**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| **LEWIS HARVEY,** )<br>)<br>        **PLAINTIFF** )<br>)<br>**v.** )<br>)<br>**KNIGHT-CELOTEX, LLC, ET AL.,** )<br>)<br>        **DEFENDANTS** ) | **CIVIL NO. 2:13-CV-17-DBH** |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On September 30, 2013, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on Motion to Set Aside Default. The plaintiff filed an objection to the Recommended Decision on October 11, 2013. Oral argument was held on November 26, 2013. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendants' motion to set aside the default entered against them is **GRANTED**, and the defendants are ordered to file an

answer forthwith. In light of the affirmance, the plaintiff's motion for default judgment and request for damages is **DENIED**.

**SO ORDERED.**

**DATED THIS 26TH DAY OF NOVEMBER, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**